# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: PROMULGATION OF         :  No. 448
CONSUMER PRICE INDEX PURSUANT   :  Judicial Administration Docket
TO 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4)  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2015, **IT IS ORDERED** pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Section 3502(a) of the Judicial Code, 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2014 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended).